IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50702
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,


versus

PETER DAVID WAGNER,

                                    Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CR-131-ALL
- - - - - - - - - -
April 16, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Peter David Wagner filed a notice of appeal from his
sentence in a guilty-plea conviction for mail fraud.  We have
reviewed Wagner's brief and the record and conclude that Wagner's
waiver of his right to appeal as part of the plea agreement was
knowing and voluntary.  See United States v. Melancon, 972 F.2d 566, 567 (5th Cir.
1992).  A claim that is waived is "entirely unreviewable, unlike

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

forfeited errors, which are reviewable for plain error." <u>See</u>
<u>United States v. Musquiz</u>, 45 F.3d 927, 931 (5th Cir.), <u>cert.</u>
<u>denied</u>, 116 S. Ct. 54 (1995).  Accordingly, the appeal is
DISMISSED.  Wagner's motion to strike counsel's brief and to file
a <u>pro</u> <u>se</u> brief is DENIED.

APPEAL DISMISSED.  MOTION DENIED.